UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JENNY GOODAKER                                                                                     Plaintiff

v.                                                                                    CivilAction No. 3:23CV-572-RGJ

SANOFI-AVENTIS US, LLC, ET AL.                                                          Defendants

**O R D E R**

Upon review of this matter, the undersigned has determined that recusal is required pursuant to 28 U.S.C. § 455. Accordingly, it is hereby

**ORDERED** that District Judge Rebecca Grady Jennings **RECUSES** from this matter and the action is **reassigned** to the docket of District Judge Benjamin J. Beaton United States District Court Judge, for all further proceedings. Counsel are requested to change the Civil action number to reflect the initials BJB on all further pleadings.

November 8, 2023

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:

All Counsel
Case Manager to District Judge BJB