# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| JENNY GOODAKER,<br><br>            Plaintiff,<br><br>v.<br><br>SANOFI US SERVICES, INC. et al.,<br><br>            Defendants. | Civil Case No. 3:23-cv-00572-BJB-LLK |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jenny Goodaker and Defendants Sanofi US Services Inc. and sanofi-aventis U.S. LLC, hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

DATED: Sept. 4, 2025                                     Respectfully submitted,

/s/ Alex C. Davis                                                    */s/ Matthew Edward DePaz* (with permission)
Alex C. Davis                                                        Matthew Edward DePaz
Alex Davis Law Office                                           Shook, Hardy & Bacon L. L. P.
The Pointe                                                            2555 Grand Blvd
445 Baxter Avenue, Suite 275                               Kansas City, MO 64108-2613
Louisville, KY 40204                                             Phone: 816-474-6550
502-882-6000                                                        Fax: 816-421-5547
Fax: 502-587-2007                                                Email: mdepaz@shb.com
Email: alex@acdavislaw.com

                                                                             Emily L. Startsman
Samuel M. Wendt                                                STITES & HARBISON PLLC
Wendt Law Firm, P.C.                                           250 West Main Street, Suite 2300
4717 Grand Avenue, Suite 130                              Lexington, KY 40507-1758
Kansas City, MO 64112                                         Telephone: (859) 226-2300
816-531-4415                                                         Email: estartsman@stites.com
Fax: 816-531-2507
Email: sam@wendtlaw.com                                 Carol Dan Browning
*Counsel for Plaintiff*                                              STITES & HARBISON PLLC
                                                                              400 West Market Street, Suite 1800
                                                                              Louisville, KY 40202-3352

1

Telephone: (502) 587-3400
Email: cbrowning@stites.com

*Counsel for Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on Sept. 4, 2025, the foregoing was filed via the Court's Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to all attorneys of record.

/s/   *Alex C. Davis*
Alex C. Davis